# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL BLUMENTHAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:08CV258** |
| | ) | |
| **MATTHEW H. ANSELMO and** | ) | **ORDER** |
| **M&M MARKETING, L.L.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion of Garnishee, Richard W. Whitworth, for an additional 10 business days to produce documents in response to plaintiff's subpoena. Plaintiff's counsel orally advised the court that there was no objection.

**IT IS ORDERED** that the motion for enlargement of time [12] is granted. The Garnishee, Richard W. Whitworth is given an extension of time until and including **August 18, 2008** in which to produce documents responsive to plaintiff's subpoena.

**DATED August 5, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**