## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | 8:08CV258 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MATTHEW H. ANSELMO, and M & M | ) | |
| MARKETING, L.L.C., | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JERRY CRONK, JERRY LANGDON, | ) | |
| PHILLIP CRONK, OMAHA POLICE | ) | |
| FEDERAL CREDIT UNION, BANK OF | ) | |
| NEBRASKA, GREAT WESTERN | ) | |
| BANK, and OMAHA FEDERAL | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| Garnishees. | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for an Extension of Time to Respond to Garnishees' Motion to Quash Garnishment Summonses and Interrogatories and Require Association with Nebraska Resident Attorney (Filing No. 53). Plaintiff seeks to extend the deadline to respond to the Garnishees' motions until May 7, 2009. Counsel for the Plaintiff represents to the Court that the counsel for the Garnishees does not oppose Plaintiff's motion. Accordingly,

IT IS ORDERED:

1.    The Plaintiff's Unopposed Motion for an Extension of Time (Filing No. 53) is granted; and

2.    The Plaintiff shall respond to the Garnishees' Motions to Quash Garnishment Summons(es) and Interrogatories (Filing Nos. 43 and 50) and Motion to

Require Association with Nebraska Resident Attorney (Filing No. 46) by filing

his brief and index of evidence, if any, on or before May 7, 2009.

DATED this 22nd day of April, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge