## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL L. BLUMENTHAL, | ) | 8:08CV258 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MATTHEW H. ANSELMO, and M & M MARKETING, L.L.C., | ) ) | |
| | ) | ORDER OF REFERENCE |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JERRY CRONK, JERRY LANGDON, PHILLIP CRONK, OMAHA POLICE FEDERAL CREDIT UNION, BANK OF NEBRASKA, GREAT WESTERN BANK, and OMAHA FEDERAL CREDIT UNION, | ) ) ) ) ) ) | |
| | ) | |
| Garnishees. | ) | |

This matter is before the Court on the Suggestion of Bankruptcy filed by Attorney David J. Skalka, on behalf of Garnishees Phillip Cronk, Jerry Cronk, and Jerry Langdon (Filing No. 72). In the present case, the Garnishees state that they have filed an Involuntary Petition in Bankruptcy against M & M Marketing, L.L.C., a Defendant in these proceedings, pursuant to 11 U.S.C. § 303. (Filing No. 72 at 1). 11 U.S.C. § 362(a) provides that "a petition filed under section . . . 303 of this title . . . operates as a stay, applicable to all entities, of– (1) the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor . . . ."

Pursuant to NEGenR 1.5(a)(1), "Upon the filing of a suggestion in bankruptcy, or other notification that a party to a civil case is a debtor in a bankruptcy case, the entire case will be referred to the bankruptcy court of this district for further action."

Accordingly,

    IT IS ORDERED:

1. The Suggestion of Bankruptcy (Filing No. 72) is judicially noted, and pursuant to NEGenR 1.5(a)(1), this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. All pending motions (Filing Nos. 43, 50, 59, and 69) are now denied as moot, without prejudice and subject to re-assertion;

3. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

4. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 4th day of June, 2009.

                                BY THE COURT:

                                s/Laurie Smith Camp
                                United States District Judge